Richard McKnight, Esq.
Nevada Bar No. 001313
THE MCKNIGHT LAW FIRM, PLLC
528 S. Casino Center Blvd., #335
Las Vegas, Nevada 89101
rmcknight@lawlasvegas.com
Phone: 702-388-7185
Fax: 702-388-4393
*Attorneys for John Langenstein*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LANGENSTEIN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH D. HOLT,<br><br>　　　　　　Defendant. | Case №2:12-cv-1982-GMN-GWF |

### ORDER FOR EXAMINATION OF JUDGMENT DEBTOR

IT APPEARING TO THE COURT by the affidavit of Richard McKnight of The McKnight Law Firm, PLLC, attorneys for Plaintiff, that judgment was entered against the Defendant on the 2nd day of May 2011, in the total amount of amount of $144,000 plus post judgment interest, that there is still due and owing on the judgment the amount listed above; and whereas NRS 21.270 provides for an examination of judgment debtor under such circumstances;

IT IS THEREFORE ORDERED that the Defendant, KENNETH D. HOLT appear at The McKnight Law Firm, PLLC, 528 S. Casino Center Blvd, #335, Las Vegas, Nevada, 89101, on the 8th day of May 2013 at 10:00 a.m., and day to day thereafter, to make discovery on oath concerning his property; and the Defendant is hereby forbidden in the meantime from disposing of any of his property not exempt from execution.

1   IT IS FURTHER ORDERED that Judgment Debtor bring, at the time of said
2   examination, those items listed in Exhibit A, attached hereto.
3   IT IS FURTHER ORDERED that if the Judgment Debtor does not appear at the time and
4   place indicated in this Order, a bench warrant may be issued for his arrest.
5
6   DATED this 29th day of March 2013.

                                          _____
                                          GEORGE FOLEY, JR.
                                          UNITED STATES MAGISTRATE JUDGE

Submitted by:

THE McKNIGHT LAW FIRM, PLLC

By:_____
    Richard McKnight, Esq.
    528 S. Casino Center Blvd., #335
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff

# EXHIBIT "A"

## LIST OF DOCUMENTS AND THINGS TO BE PRODUCED AT SUPPLEMENTAL PROCEEDING BY INDIVIDUAL DEBTOR

1. Copies of your federal and state income tax return for the three years preceding the date of this Order.

2. Copies of any quarterly estimates of federal or state income tax filed by you for this year.

3. Bank statements on all checking accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

4. All cancelled checks written upon any account stated in paragraph 3, above.

5. Bank statements on all savings accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

6. All savings deposit books covering any accounts stated in paragraph 5, above.

7. Statements covering any savings accounts held in any savings and loan associations or similar associations belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

8. All savings deposit books covering any accounts in paragraph 7, above.

9. Key to any and all safe deposit boxes whether privately maintained or in any bank or savings and loan or similar association belonging to you or in which you have or have had an interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order and all documents relating to that safe deposit box.

10. All evidence and all certificates of any and all stocks and bonds belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

11. All life insurance policies now upon your life or naming you as a beneficiary therein.

12. All evidence of any and all notes, contracts, negotiable instruments, receivable or accounts receivable whether due or not due belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

13. All fire, burglary, and extended coverage insurance policies now in force upon any real estate or person property (including copies of insurance inventories) owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

14. All titles, deeds, or contracts of sale upon real property owned, purchased or being purchased, or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

15. All real or personal property assessment notices received by you within one year preceding the date of this Order from any taxing agency, state or federal, whatsoever.

16. All titles, bills of sale, or contracts of sale upon personal property including, but not limited to, automobiles, boats, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

17. A complete inventory of all items or personal property owned by you of any nature whatsoever including automobiles, boats, household fixtures, furnishings, appliances, and clothing, whether paid for or not. If the personal property is not in your possession and in the possession of another person, designate the name and address of the person having possession of the property.

18. All automobile or personal property casualty or collision or all risk insurance policies presently owned by you.

19. All evidence of mining claims, patents or development work owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

20. All documents which represent any trademark, trade name, copyright, or patent in which you have or have had an interest.